# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                              §
                                    §
TURNER, JOHN NOAH                   §        Case No. 08-11349
TURNER, BRANDY MICHELLE             §
                                    §
          Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on _____. The case was converted to one under Chapter 7 on _____. The undersigned trustee was appointed on _____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Theo D. Mann, Trustee_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 08-11349 | WHD | Judge: W.H. DRAKE, JR. | | Trustee Name: | Theo D. Mann, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | TURNER, JOHN NOAH | | | | Date Filed (f) or Converted (c): | 10/14/11 (c) |
| | TURNER, BRANDY MICHELLE | | | | 341(a) Meeting Date: | 12/01/11 |
| For Period Ending: | 07/02/13 | | | | Claims Bar Date: | 06/04/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 98 Jason Ridge Griffin, GA 30223 | 85,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 80.00 | 0.00 | | 0.00 | FA |
| 3. Georgia Federal Credit Union checking | 0.00 | 0.00 | | 0.00 | FA |
| 4. Georgia Federal Credit Union savings | 5.00 | 0.00 | | 0.00 | FA |
| 5. First State Bank checking | 100.00 | 0.00 | | 0.00 | FA |
| 6. Central GA EMC | 150.00 | 0.00 | | 0.00 | FA |
| 7. All household items | 7,500.00 | 0.00 | | 0.00 | FA |
| 8. Fireman Memorabillia | 4,000.00 | 0.00 | | 1,000.00 | FA |
| 9. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 10. Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 11. 11 guns | 2,700.00 | 0.00 | | 0.00 | FA |
| 12. 3 bowling balls | 200.00 | 0.00 | | 0.00 | FA |
| 13. Deferred Compensation Plan | 22,070.00 | 0.00 | | 0.00 | FA |
| 14. Firemans's Pension | Unknown | 0.00 | | 0.00 | FA |
| 15. Deferred Compensation Plan | 1,258.00 | 0.00 | | 0.00 | FA |
| 16. Fayette County Pension | 23,182.00 | 0.00 | | 0.00 | FA |
| 17. 2007 Chrysler Town & Country | 11,000.00 | 0.00 | | 1,400.00 | FA |
| 18. 1993 Ford F-150 | 50.00 | 50.00 | | 0.00 | FA |
| 19. Interest/Service Charges (u) | 0.00 | 0.00 | | 60.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.03 | FA |
| 21. laptop computer | 100.00 | 100.00 | | 0.00 | FA |
| 22. 401K Retirement Account | 5,759.00 | 0.00 | | 0.00 | FA |
| 23. 1991 Ford Explorer | 500.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $164,654.00 | $150.00 | | $2,460.03 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 08-11349 WHD   Judge: W.H. DRAKE, JR. | Trustee Name: | Theo D. Mann, Trustee |
|---|---|---|---|
| Case Name: | TURNER, JOHN NOAH | Date Filed (f) or Converted (c): | 10/14/11 (c) |
| | TURNER, BRANDY MICHELLE | 341(a) Meeting Date: | 12/01/11 |
| | | Claims Bar Date: | 06/04/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Settled with Debtors on excess exemption. Collecting payments. Review claims, tax return, TFR.

Initial Projected Date of Final Report (TFR): 03/01/13        Current Projected Date of Final Report (TFR): 08/31/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 08-11349 -WHD | | Trustee Name: | Theo D. Mann, Trustee |
|---|---|---|---|---|
| Case Name: | TURNER, JOHN NOAH | | Bank Name: | ASSOCIATED BANK |
| | TURNER, BRANDY MICHELLE | | Account Number / CD #: | *******6771 Checking - Non Interest |
| Taxpayer ID No: | *******9123 | | | |
| For Period Ending: | 07/02/13 | | Blanket Bond (per case limit): | $ 47,929,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/02/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 1,020.03 | | 1,020.03 |
| 10/30/12 | 17 | John N. Turner | COMPROMISE | | 205.00 | | 1,225.03 |
| | | Brandy M. Turner | | | | | |
| | | 98 Jason's Ridge | | | | | |
| | | Griffin, Georgia 30223 | | | | | |
| | | TURNER, JOHN | Memo Amount:    200.00 | 1129-000 | | | |
| | | | COMPROMISE | | | | |
| | 19 | TURNER, JOHN | Memo Amount:    5.00 | 1290-000 | | | |
| | | | COMPROMISE | | | | |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.64 | 1,224.39 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.75 | 1,223.64 |
| 12/10/12 | 17 | John N. Turner | COMPROMISE | | 205.00 | | 1,428.64 |
| | | Brandy M. Turner | | | | | |
| | | 98 Jasons Ridge | | | | | |
| | | Griffin, Georgia 30223 | | | | | |
| | 19 | TURNER, JOHN | Memo Amount:    5.00 | 1290-000 | | | |
| | | | COMPROMISE | | | | |
| | | TURNER, JOHN | Memo Amount:    200.00 | 1129-000 | | | |
| | | | COMPROMISE | | | | |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.87 | 1,427.77 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,417.77 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,407.77 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,397.77 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,387.77 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,377.77 |
| 06/27/13 | | John N Turner | COMPROMISE | | 1,025.00 | | 2,402.77 |
| | | Brandy M Turner | | | | | |
| | | 98 Jason's Ridge | | | | | |

Page Subtotals        2,455.03        52.26

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.02e

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 08-11349 -WHD | | Trustee Name: | Theo D. Mann, Trustee |
| Case Name: | TURNER, JOHN NOAH | | Bank Name: | ASSOCIATED BANK |
| | TURNER, BRANDY MICHELLE | | Account Number / CD #: | *******6771 Checking - Non Interest |
| Taxpayer ID No: | *******9123 | | | |
| For Period Ending: | 07/02/13 | | Blanket Bond (per case limit): | $ 47,929,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 8 | Griffin, Georgia 30223<br>TURNER, JOHN | Memo Amount: 1,000.00<br>COMPROMISE | 1129-000 | | | |
| | 19 | TURNER, JOHN | Memo Amount: 25.00<br>COMPROMISE | 1290-000 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,435.00 | COLUMN TOTALS | | 2,455.03 | 52.26 | 2,402.77 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 1,020.03 | 0.00 | |
| | | Subtotal | | 1,435.00 | 52.26 | |
| Memo Allocation Net: | 1,435.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 1,435.00 | 52.26 | |

Page Subtotals          0.00          0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 17.02e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 08-11349 -WHD | | Trustee Name: | Theo D. Mann, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | TURNER, JOHN NOAH | | Bank Name: | Bank of America |
| | TURNER, BRANDY MICHELLE | | Account Number / CD #: | *******4782 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9123 | | | |
| For Period Ending: | 07/02/13 | | Blanket Bond (per case limit): | $ 47,929,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/12 | 17 | John N. Turner | COMPROMISE | | 205.00 | | 205.00 |
| | | 98 Jason's Ridge | | | | | |
| | | Griffin, GA  30223 | | | | | |
| | | TURNER, JOHN | Memo Amount:    200.00 | 1129-000 | | | |
| | | | COMPROMISE | | | | |
| | 19 | TURNER, JOHN | Memo Amount:    5.00 | 1290-000 | | | |
| | | | INTEREST | | | | |
| 04/30/12 | 17 | John N. Turner | COMPROMISE | | 205.00 | | 410.00 |
| | | Brandy M. Turner | | | | | |
| | | 98 Jasons Ridge | | | | | |
| | | Griffin, GA  30223 | | | | | |
| | | TURNER, JOHN | Memo Amount:    200.00 | 1129-000 | | | |
| | | | COMPROMISE | | | | |
| | 19 | TURNER, JOHN | Memo Amount:    5.00 | 1290-000 | | | |
| | | | INTEREST | | | | |
| 04/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 0.26 | 409.74 |
| 05/22/12 | 17 | John Turner | COMPROMISE | | 205.00 | | 614.74 |
| | | 98 Jasons Ridge | | | | | |
| | | Griffin, GA 30223 | | | | | |
| | | TURNER, JOHN | Memo Amount:    200.00 | 1129-000 | | | |
| | | | COMPROMISE | | | | |
| | 19 | TURNER, JOHN | Memo Amount:    5.00 | 1290-000 | | | |
| | | | INTEREST | | | | |
| 05/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 0.56 | 614.18 |
| 06/26/12 | 17 | John & Brandy Turner | COMPROMISE | | 205.00 | | 819.18 |
| | | 98 Jasons Ridge | | | | | |
| | | Griffin, GA 30223 | | | | | |
| | | TURNER, JOHN | Memo Amount:    200.00 | 1129-000 | | | |

Page Subtotals    820.00    0.82

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-11349 -WHD | | Trustee Name: | Theo D. Mann, Trustee |
|---|---|---|---|---|
| Case Name: | TURNER, JOHN NOAH | | Bank Name: | Bank of America |
| | TURNER, BRANDY MICHELLE | | Account Number / CD #: | *******4782  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9123 | | | |
| For Period Ending: | 07/02/13 | | Blanket Bond (per case limit): | $ 47,929,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 19 | TURNER, JOHN | COMPROMISE   Memo Amount:   5.00 | 1290-000 | | | |
| 06/29/12 | | Bank of America | INTEREST   BANK SERVICE FEE | 2600-000 | | 0.74 | 818.44 |
| 07/31/12 | 20 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 818.45 |
| 07/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.07 | 817.38 |
| 08/14/12 | 17 | Josh N Turner  Brandy M Turner  98 Jason Ridge  Griffin, Georgia 30223 | COMPROMISE | | 205.00 | | 1,022.38 |
| | | TURNER, JOHN | Memo Amount:   200.00   COMPROMISE | 1129-000 | | | |
| | 19 | TURNER, JOHN | Memo Amount:   5.00   INTEREST | 1290-000 | | | |
| 08/31/12 | 20 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,022.39 |
| 08/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.16 | 1,021.23 |
| 09/28/12 | 20 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,021.24 |
| 09/28/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.17 | 1,020.07 |
| 10/02/12 | | Bank of America  901 Main Street  9th Floor  Dallas, TX  75202 | BANK SERVICE FEE | 2600-000 | | 0.04 | 1,020.03 |
| 10/02/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 1,020.03 | 0.00 |

Page Subtotals         205.03         1,024.21

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 08-11349 -WHD |
| Case Name: | TURNER, JOHN NOAH |
| | TURNER, BRANDY MICHELLE |
| Taxpayer ID No: | *******9123 |
| For Period Ending: | 07/02/13 |

| | |
|---|---|
| Trustee Name: | Theo D. Mann, Trustee |
| Bank Name: | Bank of America |
| Account Number / CD #: | *******4782  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 47,929,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Memo Allocation Receipts: | 1,025.00 | COLUMN TOTALS | 1,025.03   1,025.03   0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00   1,020.03 |
|  |  | Subtotal | 1,025.03   5.00 |
| Memo Allocation Net: | 1,025.00 | Less: Payments to Debtors | 0.00 |
|  |  | Net | 1,025.03   5.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 2,460.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking - Non Interest - ********6771 | 1,435.00 | 52.26 | 2,402.77 |
|  |  | Money Market - Interest Bearing - ********4782 | 1,025.03 | 5.00 | 0.00 |
| Total Memo Allocation Net: | 2,460.00 |  | 2,460.03 | 57.26 | 2,402.77 |
|  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/   Theo D. Mann, Trustee   Date: 07/02/13

THEO D. MANN, TRUSTEE

Page Subtotals        0.00        0.00

LFORM24    UST Form 101-7-TFR (5/1/2011) (Page: 9)    Ver: 17.02e

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 02, 2013 |

Case Number: 08-11349  
Debtor Name: TURNER, JOHN NOAH  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Theo D. Mann | Administrative | | $1,135.75 | $0.00 | $1,135.75 |
| 000002<br>070<br>7100-00 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $967.86 | $0.00 | $967.86 |
| 000003<br>070<br>7100-00 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $242.88 | $0.00 | $242.88 |
| 000004<br>070<br>7100-00 | Georgia Federal Credit Union<br>6705 Sugarloaf Parkway<br>Duluth, GA 30097 | Unsecured | | $2,991.43 | $0.00 | $2,991.43 |
| 000005<br>070<br>7100-00 | Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $166.57 | $0.00 | $166.57 |
| 000008<br>070<br>7100-00 | Dell Financial Services, LLC<br>c/o Resurgent Capital Services?<br>P.O. Box 10390<br>Greenville, SC 29603-0390 | Unsecured | | $758.10 | $0.00 | $758.10 |
| 000009<br>070<br>7100-00 | eCAST Settlement Corporation<br>successor to<br>FIA Card Services aka Bank of America<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $2,165.28 | $0.00 | $2,165.28 |
| 000010<br>070<br>7100-00 | eCAST Settlement Corporation assignee<br>of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $1,238.91 | $0.00 | $1,238.91 |
| 000011<br>070<br>7100-00 | eCAST Settlement Corporation assignee<br>of<br>Citibank USA NA/HOME DEPOT<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $270.84 | $0.00 | $270.84 |
| 000012<br>070<br>7100-00 | eCAST Settlement Corporation assignee<br>of<br>Capital One Bank<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $245.95 | $0.00 | $245.95 |
| 000013<br>070<br>7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $1,481.73 | $0.00 | $1,481.73 |

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 02, 2013 |

Case Number:  08-11349                                   Claim Class Sequence
Debtor Name:  TURNER, JOHN NOAH

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000014 070 7100-00 | eCAST Settlement Corporation assignee of GE Money Bank/Lowes Consumer POB 35480 Newark NJ 07193-5480 | Unsecured | | $1,103.50 | $0.00 | $1,103.50 |
| 000015 070 7100-00 | eCAST Settlement Corporation C/O Bass & Associates, P.C. 3936 E. Ft. Lowell Rd, Suite 200 Tucson, AZ 85712 | Unsecured | | $856.67 | $0.00 | $856.67 |
| 000001 050 4210-00 | CitiFinancial Auto Credit, Inc. P.O. Box 182287 Columbus, OH 43218 | Secured | | $0.00 | $0.00 | $0.00 |
| 000006 050 4110-00 | CitiMortgage, Inc. 4740 121 Street / Attn: Exception Pymts MC 1156-7 Urbandale, Iowa 50323 | Secured | | $106,591.78 | $0.00 | $106,591.78 |
| 000007 050 4110-00 | Homecomings Financial, LLC 1100 Virginia Drive Fort Washington, Pennsylvania 19034 | Secured | | $24,968.37 | $0.00 | $24,968.37 |
| | Case Totals: | | | $145,185.62 | $0.00 | $145,185.62 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-11349
Case Name: TURNER, JOHN NOAH
              TURNER, BRANDY MICHELLE
Trustee Name: Theo D. Mann, Trustee

   Balance on hand                      $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | CitiFinancial Auto Credit, Inc. | $ | $ | $ | $ |
| 000006 | CitiMortgage, Inc. | $ | $ | $ | $ |
| 000007 | Homecomings Financial, LLC | $ | $ | $ | $ |

  Total to be paid to secured creditors          $_____

  Remaining Balance               $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Theo D. Mann, Trustee | $ | $ | $ |
| Trustee Expenses: Theo D. Mann, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Theo D. Mann | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses    $_____

  Remaining Balance               $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | eCAST Settlement Corporation | $ | $ | $ |
| 000003 | eCAST Settlement Corporation | $ | $ | $ |
| 000004 | Georgia Federal Credit Union | $ | $ | $ |
| 000005 | Portfolio Recovery Associates | $ | $ | $ |
| 000008 | Dell Financial Services, LLC | $ | $ | $ |
| 000009 | eCAST Settlement Corporation successor to | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | eCAST Settlement Corporation assignee of | $ | $ | $ |
| 000011 | eCAST Settlement Corporation assignee of | $ | $ | $ |
| 000012 | eCAST Settlement Corporation assignee of | $ | $ | $ |
| 000013 | Roundup Funding, LLC | $ | $ | $ |
| 000014 | eCAST Settlement Corporation assignee of | $ | $ | $ |
| 000015 | eCAST Settlement Corporation | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE